IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT DOUGLAS SCHMID,           )
                                 )
            Plaintiff,           )        8:07CV80
                                 )
     v.                          )
                                 )
LABELCORP HOLDINGS, INC.,        )        ORDER
a Delaware corporation,          )
INDUSTRIAL LABEL CORPORATION,    )
a Delaware corporation, n/k/a    )
& d/b/a YORK LABEL, WIND POINT   )
PARTNERS ACQUISITION, LLC, a     )
Delaware Limited Liability       )
Company, OLICARCO, INC., a       )
Nebraska corporation,            )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss defendants Labelcorp Holdings, Inc., a Delaware corporation; Industrial Label Corporation, a Delaware corporation, n/k/a and d/b/a York Label, and Wind Point Partners Acquisition, LLC, a Delaware limited liability company, without prejudice (Filing No. 10). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Labelcorp Holdings, Inc., a Delaware corporation; Industrial Label Corporation, a Delaware corporation, n/k/a and d/b/a York Label, and Wind Point Partners Acquisition, LLC, a Delaware

limited liability company, are dismissed from this action without prejudice.

DATED this 16th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court